# FILED

## United States Bankruptcy Court
### Northern District of California

NOV 1 - 2010

CLERK
United States Bankruptcy Court
San Jose, California

In re    **Dean Joseph Rositano**
**Julie Tina Rositano**

Case No.

Debtor(s)

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Antony J. Trepel, Esq. Trepel Law Offices 40 S. Market Street, #700 San Jose, CA 95113 | Antony J. Trepel, Esq. Trepel Law Offices 40 S. Market Street, #700 San Jose, CA 95113 | Noticing purposes only | | Unknown |
| Broadcaster, Inc. 353 Bel Marin Keys Bvld., #9 Novato, CA 94949 | Broadcaster, Inc. 353 Bel Marin Keys Bvld., #9 Novato, CA 94949 | Contingent, unliquidated action | Contingent Unliquidated Disputed | Unknown |
| Chase PO Box 52064 Phoenix, AZ 85072-2064 | Chase PO Box 52064 Phoenix, AZ 85072-2064 | Credit card | | 8,000.00 |
| Heritage Bank of Commerce SBA Lending Division 150 Almaden Blvd. #300 San Jose, CA 95113 | Heritage Bank of Commerce SBA Lending Division 150 Almaden Blvd. #300 San Jose, CA 95113 | SBA Loan for business | | 1,200,000.00 |
| Heritage Bank of Commerce SBA Lending Division 150 Almaden Blvd. #300 San Jose, CA 95113 | Heritage Bank of Commerce SBA Lending Division 150 Almaden Blvd. #300 San Jose, CA 95113 | Residence - 18581 Petunia Court, Saratoga, CA 95070 | | 750,000.00 (3,000,000.00 secured) (3,270,000.00 senior lien) |
| Heritage Bank of Commerce SBA Lending Division 150 Almaden Blvd. #300 San Jose, CA 95113 | Heritage Bank of Commerce SBA Lending Division 150 Almaden Blvd. #300 San Jose, CA 95113 | Rental - 126 Sea Terrace Way, Aptos, CA 95003 | | 750,000.00 (850,000.00 secured) (750,000.00 senior lien) |
| Mobileframe LLC c/o T. Andrew Oswalt 111 W. St. John St., #900 San Jose, CA 95113 | Mobileframe LLC c/o T. Andrew Oswalt 111 W. St. John St., #900 San Jose, CA 95113 | Contingent, unliquidated action (business debt) | Contingent Unliquidated Disputed | Unknown |
| Newtek Media Capital Attn: Bob Hanington 1440 Broadway, 17th Floor New York, NY 10018 | Newtek Media Capital Attn: Bob Hanington 1440 Broadway, 17th Floor New York, NY 10018 | Media financing - business debt | | 70,000.00 |

In re Dean Joseph Rositano
Julie Tina Rositano

Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Tax Collector<br>Santa Clara County<br>County Government Ctr., East Wing<br>70 W. Hedding Street<br>San Jose, CA 95110-1767 | Tax Collector<br>Santa Clara County<br>County Government Ctr., East Wing<br>San Jose, CA 95110-1767 | Residence - 18581 Petunia Court, Saratoga, CA 95070 | | 75,000.00<br>(3,000,000.00 secured)<br>(4,020,000.00 senior lien) |
| Tax Collector<br>Santa Clara County<br>County Government Ctr., East Wing<br>70 W. Hedding Street<br>San Jose, CA 95110-1767 | Tax Collector<br>Santa Clara County<br>County Government Ctr., East Wing<br>San Jose, CA 95110-1767 | Rental - 126 Sea Terrace Way, Aptos, CA 95003 | | 50,000.00<br>(850,000.00 secured)<br>(1,500,000.00 senior lien) |
| US Bank<br>PO Box 790406<br>Saint Louis, MO 63179-0408 | US Bank<br>PO Box 790406<br>Saint Louis, MO 63179-0408 | Printer | | 2,000.00 |
| Wells Fargo | Wells Fargo | Residence - 18581 Petunia Court, Saratoga, CA 95070 | | 370,000.00<br>(3,000,000.00 secured)<br>(2,900,000.00 senior lien) |
| Wells Fargo Bank<br>P.O. Box 54180<br>Los Angeles, CA 90054-0180 | Wells Fargo Bank<br>P.O. Box 54180<br>Los Angeles, CA 90054-0180 | Credit card | | 25,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy